UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

**Order Filed on August 25, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph N. Drumm

Case No.:        16-15849 JNP

Chapter:         13

Judge:           Jerrold N. Poslusny, Jr

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 25, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____690_____ per month for ___43 more___ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

Case 16-15849-JNP Doc 75-1 Filed 08/25/17 Entered 08/25/17 11:25:10 Desc Main
Document Page 2 of 2