UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __16-15849 JNP__ |
| Joseph N. Drumm | Chapter: __13__ |
| | Judge: __Jerrold N. Poslusny,__ |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Joseph N. Drumm__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk |
|---|---|
| | Mitchell Cohen Federal Court House |
| | 1 John F. Gerry Plaza |
| | Fourth and Cooper, 4th Floor |
| | Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr__ on __September 1, 2020__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __Camden__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Settlement payment from an automobile accident. |
|---|---|

| Pertinent terms of settlement: | | |
|---|---|---|
| | Settlement Amount: | $7,050.05 |
| | Deductible | $ 500.00 |
| | Net | $6,550.05 |
| | Secured creditor payoff | $1,206.17 |
| | Balance | $5,343.88 |
| | Debtor's Exemption under 11 U.S.C. 522(d)(2) | $ 3,675.00 |
| | 11U.S.C. 522(d)(5) | 1,668.88 |
| | Balance to Trustee | $    0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Joseph J. Rogers, Esq |
| Address: | 900 Route 168 Suite I-4 Turnersville, NJ 08012 |
| Telephone No.: | 856-228-7964 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Joseph N. Drumm
    Debtor

Case No. 16-15849-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jul 30, 2020
                 Form ID: pdf905     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2020.

```
db             +Joseph N. Drumm,    42 LaCascata,    Clementon, NJ 08021-4903
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516085023      +ASC,   PO box 10388,    Des Moines, IA 50306-0388
516085021      +Alliedinterstate LLC,    PO Box 4000,    Warrentown, VA 20188-4000
516085022       Allstate,   PO Box 3589,    Akron, OH 44309-3589
516085024      +Audrey Codey,   c/o Camden County Probation,    PO Box 8107,    Cherry Hill, NJ 08002-0107
516163129      +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516085025      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516085026       Camden Cty Probation,    PO Box 8107,    Cherry Hill, NJ 08002-0107
516285449       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516085029      +Comm Of PA Bureau of Lotteries,    Linebarger Goggan Blair & Sampson LLP,    PO Box 90128,
                 Harrisburg, PA 17109-0128
516085030      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516308259       DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o AMERICA'S SERVICING COMPANY,
                 DEFAULT DOCUMENT PROCESSING,    N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
516085032      +Deutsche Bank,    60 Wall Street,    New York, NY 10005-2858
517676976      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516085036       LaCascata Homeowners Association,    320 Via Cascata Dr,    Clementon, NJ 08021
516085039      +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road Suite 100,
                 Mt. Laurel, NJ 08054-3437
516085040      +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516125492      +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
516085041      +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516085042      +Schuylkill Co Domestic Rel Section,    401 North Second Street,    PO Box 1192,
                 Pottsville, PA 17901-7192
516664104      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516664105      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516085045      +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516241296       Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
516085037      +lowtestosteronecom,    Transworld Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 30 2020 23:50:18     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 30 2020 23:50:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516085027      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 30 2020 23:56:56     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516085028      +E-mail/Text: bankruptcy@philapark.org Jul 30 2020 23:50:46     City Of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
516085033       E-mail/Text: data_processing@fin-rec.com Jul 30 2020 23:49:54     Financial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
516085035      +E-mail/Text: bncnotices@becket-lee.com Jul 30 2020 23:49:41     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516259187       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:57:21     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516191154      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2020 23:50:16     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516085038      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 30 2020 23:56:50
                 Merrick Bank/Geico Card,    Po Box 23356,    Pittsburg, PA 15222-6356
516307464       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 23:58:03
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
516307722       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2020 23:57:03
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516085043       E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 23:57:24     Sleepys,   PO Box 960061,
                 Orlando, FL 32896-0061
516085044      +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2020 23:57:24     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516277484      +E-mail/Text: bncmail@w-legal.com Jul 30 2020 23:50:21     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jul 30, 2020
                              Form ID: pdf905          Total Noticed: 40

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516085031     ##+Debt Recovery Solution,    900 Merchants Conc,    Westbury, NY 11590-5142
516085034     ##+First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-3011
                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
           MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- HE3 nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joseph J. Rogers    on behalf of Debtor Joseph N. Drumm jjresq@comcast.net,  jjrogers0507@gmail.com
          Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 5
```