| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Joseph J. Rogers, Esquire (JJR1185)<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>(856) 228-7964 | Order Filed on September 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph N. Drumm | Case Number: 16-15849 JNP<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny Jr. |

## ORDER APPROVING INSURANCE SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 1, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Joseph N. Drumm
Case No.: 16-15849 JNP
Caption of Order: ORDER APPROVING INSURANCE SETTLEMENT

---

**THIS MATTER** having been presented to the court by the debtor, Joseph N. Drumm, by and through counsel, Joseph J. Rogers, Esquire, and the court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the debtors' motion to approve the $7,050.05 car insurance settlement be and hereby is approved as follows:

$1,206.17 shall be paid to secured creditor Santander Consumer USA Inc. in full satisfaction of its secured claim pursuant to the Chapter 13 confirmation order;

No further payments shall be made to Santander Consumer USA Inc. on its secured claim in the debtor's Chapter 13 case;

The trustee may make pro rata payments to Santander Consumer USA on its unsecured claim as contemplated by the confirmed Chapter 13 plan;

$5,343.88 may be paid to the debtor as his allowable exemption under 11 U.S.C. 522(d)(2) and 11 U.S.C. 522(d)(5).