UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR1185)
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on September 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph N. Drumm

Case Number: 16-15849 JNP

Hearing Date:

Judge: Jerrold N. Poslusny Jr.

## ORDER APPROVING INSURANCE SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 1, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s):  Joseph N. Drumm
Case No.:  16-15849 JNP
Caption of Order: ORDER APPROVING INSURANCE SETTLEMENT

_____

**THIS MATTER** having been presented to the court by the debtor, Joseph N. Drumm, by and through counsel, Joseph J. Rogers, Esquire, and the court having considered the matter, and for good cause shown;

**IT IS ORDERED and ADJUDGED** that the debtors' motion to approve the $7,050.05 car insurance settlement be and hereby is approved as follows:

$1,206.17 shall be paid to secured creditor Santander Consumer USA Inc. in full satisfaction of its secured claim pursuant to the Chapter 13 confirmation order;

No further payments shall be made to Santander Consumer USA Inc. on its secured claim in the debtor's Chapter 13 case;

The trustee may make pro rata payments to Santander Consumer USA on its unsecured claim as contemplated by the confirmed Chapter 13 plan;

$5,343.88 may be paid to the debtor as his allowable exemption under 11 U.S.C. 522(d)(2) and 11 U.S.C. 522(d)(5).

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                                    Case No. 16-15849-JNP
Joseph N. Drumm                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 02, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Joseph N. Drumm,    42 LaCascata,    Clementon, NJ 08021-4903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- HE3 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Joseph N. Drumm jjresq@comcast.net,  jjrogers0507@gmail.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 5