Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–15849–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph N. Drumm
   42 LaCascata
   Clementon, NJ 08021

Social Security No.:
   xxx–xx–4918

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 26, 2016.

On 9/3/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              October 7, 2020
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 4, 2020
JAN: lgr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 16-15849-JNP
Joseph N. Drumm                                               Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Sep 04, 2020
                              Form ID: 185             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
db             +Joseph N. Drumm,    42 LaCascata,    Clementon, NJ 08021-4903
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516085023      +ASC,   PO box 10388,    Des Moines, IA 50306-0388
516085021      +Alliedinterstate LLC,    PO Box 4000,    Warrentown, VA 20188-4000
516085022       Allstate,   PO Box 3589,    Akron, OH 44309-3589
516085024      +Audrey Codey,    c/o Camden County Probation,    PO Box 8107,    Cherry Hill, NJ 08002-0107
516163129      +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516085025      +Barclays Bank Delaware,    Po Box 8801,    Wilmington, DE 19899-8801
516085026       Camden Cty Probation,    PO Box 8107,    Cherry Hill, NJ 08002-0107
516285449       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516085029      +Comm Of PA Bureau of Lotteries,    Linebarger Goggan Blair & Sampson LLP,    PO Box 90128,
                 Harrisburg, PA 17109-0128
516085030      +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
516308259       DEUTSCHE BANK NATIONAL TRUST COMPANY,    c/o AMERICA'S SERVICING COMPANY,
                 DEFAULT DOCUMENT PROCESSING,    N9286-01Y,    1000 BLUE GENTIAN ROAD,    EAGAN, MN 55121-7700
516085032      +Deutsche Bank,    60 Wall Street,    New York, NY 10005-2858
517676976      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516085036       LaCascata Homeowners Association,    320 Via Cascata Dr,    Clementon, NJ 08021
516085039      +Phelan Hallinan Diamond & Jones, PC,    400 Fellowship Road Suite 100,
                 Mt. Laurel, NJ 08054-3437
516085040      +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516125492      +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
516085041      +Santander Consumer USA,    Po Box 961245,    Fort Worth, TX 76161-0244
516085042      +Schuylkill Co Domestic Rel Section,    401 North Second Street,    PO Box 1192,
                 Pottsville, PA 17901-7192
516664104      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516664105      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516085045      +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
516241296       Wells Fargo Bank NA,    PO Box 10438,    Des Moines   IA    50306-0438
516085037      +lowtestosteronecom,    Transworld Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 23:52:55      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 23:52:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516085027      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 23:57:01      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516085028      +E-mail/Text: bankruptcy@philapark.org Sep 04 2020 23:53:31      City Of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
516085033       E-mail/Text: data_processing@fin-rec.com Sep 04 2020 23:52:35      Financial Recovery Services,
                 PO Box 385908,    Minneapolis, MN 55438-5908
516085035      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 04 2020 23:52:08      Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
516259187       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 23:57:29      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516191154      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 04 2020 23:52:52      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516085038      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 04 2020 23:57:30
                 Merrick Bank/Geico Card,    Po Box 23356,    Pittsburg, PA 15222-6356
516307464       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 23:56:41
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
516307722       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 23:57:05
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516085043       E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 23:57:26      Sleepys,   PO Box 960061,
                 Orlando, FL 32896-0061
516085044      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 23:56:55      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516277484      +E-mail/Text: bncmail@w-legal.com Sep 04 2020 23:53:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 04, 2020
                              Form ID: 185               Total Noticed: 40

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516085031      ##+Debt Recovery Solution,    900 Merchants Conc,    Westbury, NY 11590-5142
516085034      ##+First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-3011
                                                                                  TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

```
              Andrew L. Spivack    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006- HE3 nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Debtor Joseph N. Drumm jjresq@comcast.net, jjrogers0507@gmail.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 5
```